UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| GUADALUPE BETANCOURT, Individually,<br><br>Plaintiff,<br><br>v.<br><br>FAMILY VIDEO MOVIE CLUB, INC.<br>A Foreign Corporation<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>: Case No. 1:12-cv-639-GJQ<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF SETTLEMENT

The parties, through their undersigned counsel, hereby inform the Court that settlement of the present matter has been reached and the parties are in the process of finalizing the settlement agreement.  The parties anticipate filing a dismissal with prejudice within the next 30 days. The parties therefore request that this honorable court vacate all dates currently set on the calendar for the present matter.

Dated: January 15, 2013

FOR THE PLAINTIFF                                              FOR THE DEFENDANT

By: _/s/ Pete M. Monismith___                       By: _/s/ Steven J. Forbes_____

| | |
|---|---|
| Pete M. Monismith, Esq.<br>Pete M. Monismith, P.C.<br>3945 Forbes Ave., #175<br>Pittsburgh, PA 15213<br>ph. (724) 610-1881<br>pete@monismithlaw.com | Steven J. Forbes, Esq.<br>Norchi Forbes LLC<br>Commerce Park IV<br>23240 Chagrin Boulevard, Suite 600<br>Cleveland, Ohio 44122<br>Telephone: (216) 514-9500 x233<br>sforbes@norchilaw.com |