UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

GUADALUPE BETANCOURT, Individually,  :
:
        Plaintiff,  :
:
v.  :  Case No. 1:12-cv-639-GJQ
:
FAMILY VIDEO MOVIE CLUB, INC.  :
A Foreign Corporation  :
:
        Defendant.  :
_____/  :

| | |
|---|---|
| /s/ Pete M. Monismith | /s/ Mark R. Smith |
| PETE M. MONISMITH | Mark R. Smith |
| PETE M. MONISMITH, PC | Rhoades McKee |
| 3945 Forbes Avenue, | 161 Ottawa NW |
| Suite #175 | Suite 600 |
| Pittsburg, Pennsylvania  15213 | Grand Rapids, MI 49503 |
| Telephone:  (724) 610-1881 | Telephone: (616) 233-5216 |
| Facsimile (412) 258-1309 | Facsimile: (616) 233-5269 |
| Pete@monismithlaw.com | mrsmith@rhoadesmckee.com |
| ***Attorneys for Plaintiff*** | ***Attorneys for Defendant*** |

## STIPULATED ORDER OF DISMISSAL, WITH PREJUDICE

    At a session of said Court, held in the U.S. District Court for the Western District of Michigan,
        On:  _____

_____
PRESENT:  Gordon J. Quist
United States District Court Judge

    The parties having stipulated to the entry of an Order dismissing the case with prejudice, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that the above-entitled case **BE**, and hereby **IS**, **DISMISSED WITH PREJUDICE**, and without costs or attorney fees to any party.

                                         Honorable Gordon J. Quist
                                         United States District Court Judge

The parties, through their counsel, hereby stipulate to the entry of the above Stipulated Order of Dismissal, With Prejudice.

| | |
|---|---|
| /s/ Pete M. Monismith<br>PETE M. MONISMITH<br>PETE M. MONISMITH, PC<br>3945 Forbes Avenue,<br>Suite #175<br>Pittsburg, Pennsylvania  15213<br>Telephone:  (724) 610-1881<br>Facsimile (412) 258-1309<br>Pete@monismithlaw.com<br>*Attorneys for Plaintiff*<br><br>Dated: February 15, 2013 | /s/ Mark R. Smith<br>Mark R. Smith<br>Rhoades McKee<br>161 Ottawa NW<br>Suite 600<br>Grand Rapids, MI 49503<br>Telephone: (616) 233-5216<br>Facsimile: (616) 233-5269<br>mrsmith@rhoadesmckee.com<br>*Attorneys for Defendant*<br><br>Dated: February 15, 2013 |